AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

FILED

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

2021 APR 28 PM 3: 14

[STAMP: DISTRICT COURT / MIDDLE DISTRICT OF FLORIDA / ORLANDO, FLORIDA]

| Matthew E. Orso | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:14-cv-00091-GCM |
| Todd Disner et al | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___08/14/2017___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___09/23/2020___

CLERK OF COURT

*Frank S. Johns*

Signature of Clerk or Deputy Clerk